UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-238-D-2

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WANDA JEAN DIXON | ORDER TO SEAL |

On motion of the Defendant, Wanda Jean Dixon, and for good cause shown, it is hereby ORDERED that the **[DE 220 & 221]** be sealed until further notice by this Court.

IT IS SO ORDERED.

This 21 day of March 2018.

JAMES C. DEVER, III
Chief United States District Judge